CC: Fiscal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAWRENCE STAVA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FRANK BISIGNANO,<br><br>　　　　　　Defendants. | Case No. 5:25-cv-02666-KES<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

**RULING**

On December 19, 2025, the court received notice from the court clerk that the check for the $405.00 filing fee in the instant action was returned by the bank. An additional $53.00 fee is now required to process the returned check. The total amount due is therefore $458.00, payable by cashier's check or money order only.

Plaintiff Jason Lawrence Stava ("Plaintiff") is ORDERED to SHOW CAUSE why the action should not be dismissed within fourteen (14) days of the date of this Order. Full payment of Plaintiff's outstanding balance shall be deemed sufficient response. Failure to respond may result in the dismissal of this matter.

IT IS SO ORDERED.

Dated: December 29, 2025

_____
Hon. Karen E. Scott
United States Magistrate Judge

2