JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASON LAWRENCE S.,

      Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

Case No. 5:25-cv-02666-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED: May 6, 2026       _Karen E. Scott_

              KAREN E. SCOTT
              United States Magistrate Judge

1